## MURDOCK *v.* LOGANSPORT, ROCHESTER & NORTHERN TRACTION COMPANY ET AL.

[No. 19,968.   Filed January 28, 1904.]

From Cass Circuit Court; *J. M. Rabb*, Special Judge.

Suit by Andrew J. Murdock against the Logansport, Rochester & Northern Traction Company and others.   From a judgment for defendants, plaintiff appeals.   *Affirmed.*

*M. Winfield* and *G. C. Taber*, for appellant.

*S. T. McConnell, A. G. Jenkines, B. C. Jenkines, G. W. Holman, R. C. Stephenson* and *A. W. Brady*, for appellees.

GILLETT, C. J.—The facts involved in this case are in all essential respects identical with those in *Boyd* v. *Logansport, etc., Traction Co.*, 161 Ind. 587, and upon the authority of that case it is ordered that the judgment of the court below in the case now before us be affirmed.